UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>G. KAUR, Law Librarian,<br><br>Defendant. | No. 2:16-cv-2357 JAM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 2, 2016, this court directed plaintiff to complete and return to the court, within thirty days, the USM-285 form and two copies of his complaint which are required to effect service on defendant G. Kaur. On December 15, 2016, plaintiff submitted the USM-285 form but failed to submit the copies of the complaint

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of the endorsed original complaint submitted by plaintiff on October 3, 2016 (ECF No. 1); and

/////

/////

/////

1

2. Within thirty days after the filing date of this order, plaintiff shall submit to the court two copies of the endorsed original complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed without prejudice.

DATED: December 28, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE