1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WALTER SHANE LANGSTON,                    No. 2:16-cv-2357 JAM AC P

12                   Plaintiff,

13       v.                                     ORDER

14   G. KAUR, Law Librarian,

15                   Defendant.

16

17          On May 30, 2018, plaintiff filed an "Amended Complaint" with this case number,

18   although the allegations therein are different from those originally presented in this case.  The

19   instant civil rights action was closed on March 30, 2017.  Plaintiff is advised that documents filed

20   in this case since its closing date will be disregarded and no further orders will issue.

21          If plaintiff seeks to present new allegations in a new civil rights case, he must not use the

22   case number assigned to this case.  Rather, plaintiff must file a new complaint in a new civil

23   action.

24   DATED: June 13, 2018

25

26                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
27

28